# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. CR-22-194-C |
| JOEL HENRY BOMGREN, JR. | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Joel Bomgren's Motion to File Sentencing Memorandum Under Seal (Doc. # 38). Having reviewed the Motion, the Court finds that for good cause shown Defendant's request should be **GRANTED**.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant's Sentencing Memorandum shall be filed under seal with the Clerk of this Court.

**IT IS SO ORDERED** this 27th day of December 2022.

ROBIN J. CAUTHRON
United States District Judge